**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUHAMMAD ALAM,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>      Defendant. | CASE NO. 1:24-Civ.-7298 |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court on the following grounds:

1. Experian is the sole Defendant in Index No. CV-018868-24/QU filed by Plaintiff Muhammad Alam ("Plaintiff") in the Civil Court of the City of New York, County of Queens (the "State Court Action").

2. The Summons with Notice in the State Court Action was filed with the Clerk of the Civil Court of the City of New York, County of Queens on August 7, 2024.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading on September 17, 2024 setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: October 17, 2024                                  Respectfully submitted,

*/s/ Rebecca Alch*
Rebecca Alch
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (818) 912-1006
Email: balch@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and sent, via U.S. Mail and/or electronic mail, the same to the following party. Service of the foregoing was within the time prescribed by the Rules of the Court.

Subhan Tariq
TARIQ LAW PC
99 Park Avenue, Suite 1100
New York, NY 10016
Phone (718) 453-0490
Email: subhan@tariqlaw.com
*Counsel for Plaintiff*

Dated: October 17, 2024

                                                      */s/ Rebecca Alch*
                                                      Rebecca Alch

                                                      *Counsel for Defendant*
                                                      *Experian Information Solutions, Inc.*