**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MUHAMMAD ALAM,

        Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.
_____/

**Docket No.**: 1:24-cv-07298-DG-RML

**NOTICE OF SETTLEMENT**

    **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, MUHAMMAD ALAM, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., pending the exchange and approval of final settlement papers.

Dated: November 18, 2024

        Respectfully submitted,

        _____
        Subhan Tariq, Esq.
        Attorney I.D. No. ST9597
        Tariq Law PC
        **Attorney for Plaintiff**
        99 Park Avenue, Suite 1100
        New York, NY 10016
        Telephone: (212) 804-9095
        Email: subhan@tariqlaw.com