**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MUHAMMAD ALAM,                                    **Docket No**.: 1:24-cv-07298-DG-RML

        Plaintiff,

                                 **STIPULATION OF DISMISSAL**
      -against-                                    **WITH PREJUDICE**

EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.

_____/

To the Clerk of the above-named Court:

      It is hereby agreed by the undersigned parties and attorneys for Plaintiff Muhammad Alam

and Defendant Experian Information Solutions, Inc., that the within action shall be dismissed with

prejudice and with each party to bear their own fees and costs.


**Tariq Law PC**                         **Jones Day**
*Attorney for Plaintiff*                  *Attorney for Defendant*
*Muhammad Alam*                           *Experian Information Solutions, Inc.*


By: _____              By: ___*/s/ Rebecca Alch*_____
     Subhan Tariq, Esq.                     Rebecca Alch, Esq.

99 Park Ave. Suite 1100                   250 Vesey Street
New York, NY 10016                        New York, NY 10281
Tel No: (212) 804-9095                    Tel No: (212) 326-7827